1

2

3

4                        UNITED STATES DISTRICT COURT

5                      NORTHERN DISTRICT OF CALIFORNIA

6

7     TYRONE LAMONT REED, SR.,

              Petitioner,                   Case No.   16-cv-6192-TEH

8

         v.

9                                           ORDER OF DISMISSAL

10    MARTIN BITER,

              Respondent.

11                                          Dkt. No. 2

12

13         Petitioner Tyrone Reed, a state prisoner, filed a petition

14    for a writ of habeas corpus under 28 U.S.C. § 2254.  Docket No.

15    1.  On the same day the action was filed, the Court notified

16    Petitioner in writing that his action was deficient because he

17    did not pay the requisite $ 5.00 filing fee or, instead, submit

18    with his in forma pauperis (IFP) application a completed

19    certificate of funds in his prison trust account (COF) signed by

20    an authorized officer and a copy of his prison trust account

21    statement for the last six months.  See 28 U.S.C. § 1915(a)(2).

22    The notice informed Petitioner that if he did not pay the fee or

23    submit the required documents within twenty-eight days from the

24    date of the notice, his action would be dismissed and the file

25    closed.

26         More than twenty-eight days have passed since the notice was

27    filed and Petitioner has not paid the fee or provided the Court

28    with the requisite items, or otherwise communicated with the

United States District Court
Northern District of California

Court.  Accordingly, the action is DISMISSED without prejudice and Petitioner's incomplete motion to proceed in forma pauperis (Docket No. 2) is DENIED.

Because reasonable jurists would not find the result here debatable, a certificate of appealability ("COA") is DENIED.  <u>See</u> <u>Slack v. McDaniel</u>, 529 U.S. 473, 484-85 (2000) (standard for COA).  The Clerk shall close the file.

IT IS SO ORDERED.

Dated: 12/05/2016

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.16\Reed6192.dis_ifp.docx

United States District Court
Northern District of California

2