UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE LAMONT REED, SR., <br>     Petitioner, <br>   v. <br> MARTIN BITER, <br>     Respondent. | Case No.  16-cv-6192-TEH <br><br> JUDGMENT |

    Pursuant to the order of dismissal signed today, a judgment of dismissal without prejudice is entered against Petitioner. Petitioner shall obtain no relief by way of his petition.

    IT IS SO ORDERED.

Dated: 12/05/2016

                                           /s/ Thelton E. Henderson <br>
                                           THELTON E. HENDERSON <br>
                                           United States District Judge

G:\PRO-SE\TEH\HC.16\Reed6192.jud.docx