1
2
3
4

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TYRONE LAMONT REED, SR.,

                Petitioner,

        v.

MARTIN BITER,

                Respondent.

Case No.  16-cv-6192-TEH

ORDER REOPENING CASE AND
GRANTING LEAVE TO PROCEED IN
FORMA PAUPERIS

Dkt. No. 6

        This pro se habeas action was dismissed without prejudice

due to the failure to pay the requisite $ 5.00 filing fee or,

instead, submit a complete in forma pauperis (IFP) application.

Petitioner has now submitted a complete IFP application.  The

Order of Dismissal (Docket No. 4) is VACATED and this case is

REOPENED.  The motion to proceed IFP (Docket No. 6) is GRANTED.

The Court will review the petition in a separate order.

        IT IS SO ORDERED.

Dated: 12/13/2016

_____
THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.16\Reed6192.reopen.docx