UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE LAMONT REED, SR.,<br><br>        Petitioner,<br><br>    v.<br><br>MARTIN BITER,<br><br>        Respondent. | Case No.   16-cv-6192-TEH<br><br><br>JUDGMENT |

   Pursuant to the order of dismissal signed today, a judgment of dismissal without prejudice is entered against Petitioner. Petitioner shall obtain no relief by way of his petition.

   IT IS SO ORDERED.

Dated: 12/19/2016

_____
THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.16\Reed6192.jud2.docx